**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KENNETH MOSER, dba Marketing Support Systems, <br><br> Petitioner, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, <br><br> Respondents. | No.   21-70099 <br><br> FCC No. EB-TCD-18-00028267 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Federal Communications Commission

Submitted March 16, 2023[**]

Before:  WALLACE, D. NELSON, and  FERNANDEZ, Circuit Judges.

Kenneth Moser seeks review of a forfeiture order issued by the Federal

Communications Commission ("FCC"), holding that Moser, doing business as

Marketing Support Systems, violated the Truth in Caller ID Act of 2009, 47 U.S.C.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 227(e), by conducting a large-scale robocalling campaign using false caller identification information to display a number belonging to a business rival. We dismiss the appeal for lack of jurisdiction.

The district court has exclusive jurisdiction over the petition because Moser seeks to avoid enforcement of a forfeiture order. *See* 47 U.S.C. § 504(a) ("The forfeitures provided for in this chapter . . . shall be recoverable . . . in a civil suit in the name of the United States brought in the district where the person or carrier has its principal operating office[.]"); *Dougan v. F.C.C.*, 21 F.3d 1488, 1491 (9th Cir. 1994) ("We hold that 47 U.S.C. § section 504(a) vests exclusive jurisdiction in the district courts to hear enforcement suits by the government, *and* suits by private individuals seeking to avoid enforcement.").

**DISMISSED.**